UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| AMERICANS FOR BENEFICIARY CHOICE; SENIOR SECURITY BENEFITS, LLC,<br><br>    Plaintiffs<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services; CENTERS FOR MEDICARE & MEDICAID SERVICES; CHIQUITA BROOKS-LASURE, in her official capacity as CMS Administrator<br><br>    Defendants. | Civil Action No. 4:24-cv-00439-O |

## ORDER

Before the Court is Plaintiffs' Unopposed Motion for Leave To File Supplemental Authorities (ECF No. 35). The Motion **GRANTED.**

**SO ORDERED** on this **3rd day of July, 2024.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE