IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| AMERICANS FOR BENEFICIARY CHOICE, et al.<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,<br><br>    Defendants. | Civil Action No. 4:24-CV-439-O |
| COUNCIL FOR MEDICARE CHOICE, et al.<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,<br><br>    Defendants. | Civil Action No. 4:24-CV-446-O |

## ORDER

Now before the Court is defendants' unopposed motion to stay their answer deadlines in these two cases. (ECF No. 41 (Case 4:24-CV-439-O); ECF No. 39 (Case 4:24-CV-446-O).) Having considered the motion, the Court finds that it should be, and is hereby, **GRANTED**. Accordingly, Defendants' deadline to answer or otherwise respond to the complaints in these two cases is hereby **STAYED** pending the parties' submission of scheduling proposals for dispositive briefing and further order of this Court with respect to that schedule.

**SO ORDERED on this 15th day of July, 2024.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE