IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| AMERICANS FOR BENEFICIARY CHOICE, et al.<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,<br><br>    Defendants. | Civil Action No. 4:24-CV-439-O |
| COUNCIL FOR MEDICARE CHOICE, et al.<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,<br><br>    Defendants. | Civil Action No. 4:24-CV-446-O |

## ORDER

Having received the parties' joint scheduling proposal filed in the above cases, the Court enters the following schedule:

| | |
|---|---|
| **Aug. 30, 2024** | Defendants file remainder of administrative record |
| **Sept. 27, 2024** | Plaintiffs file separate motions for summary judgment |
| **Nov. 8, 2024** | Defendants respond to plaintiffs' motions / file cross-motion for summary judgment |
| **Dec. 20, 2024** | Plaintiffs separately reply / respond to cross-motion |
| **Jan. 24, 2025** | Defendants file reply in support of cross-motion |

1

2

The Court also notes and confirms that, per the agreement of the parties, the filing of an answer by Defendants is not necessary in these cases.

**SO ORDERED** on this 18th day of July, 2024.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**