UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| AMERICANS FOR BENEFICIARY CHOICE, et al., <br><br> Plaintiffs <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; et al., <br><br> Defendants. | § § § § § § § § § § § § § § | Civil Action No. 4:24-cv-00439-O |
| COUNCIL FOR MEDICARE CHOICE, et al., <br><br> Plaintiffs <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; et al., <br><br> Defendants. | § § § § § § § § § § § § § § | Civil Action No. 4:24-cv-00446-O |

## ORDER

Before the Court are Defendants' Unopposed Motions for Leave to File Supplemental Authority (ECF No. 59 (Case 4:24-CV-439-O); ECF No. 66 (Case 4:24-CV-446-O)). Noting the lack of opposition and finding good cause, the Court **GRANTS** Defendants leave to file the supplemental authority.

**SO ORDERED** this **22nd day** of **April, 2025**.

_Reed O'Connor_
Reed O'Connor
UNITED STATES DISTRICT JUDGE

1